| | | |
|---|---|---|
| ROBIN FRAZEY, | ) | |
| | ) | |
| *Plaintiff,* | ) | Case No: 1:26-CV-91 |
| v. | ) | |
| | ) | Judge Collier |
| LIFE CARE CENTERS OF AMERICA, INC., | ) | Magistrate Judge Dumitru |
| | ) | |
| *Defendant.* | ) | |

## **O R D E R**

The undersigned district judge **RECUSES** himself in this cause pursuant to 28 U.S.C. § 455.

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**